UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: Michael John Vinke
Jana Lynn Vinke

SSN#: XXX-XX-6958
SSN#: XXX-XX-7785  DEBTORS

Case No. 11-30473
Original 341(A) Date: April 05, 2011

Petition File Date: February 28, 2011
Mortgage in Plan

## PROCEEDINGS MEMO - SECTION 341(A) MEETING OF CREDITORS

| Debtor | Joint Debtor |
|---|---|
| Yes [✓] No [ ] Sworn/Affirmed and Examined | Yes [✓] No [ ] |
| Yes [✓] No [ ] Personal Identity Confirmed | Yes [✓] No [ ] |
| Yes [✓] No [ ] SSAN Confirmed | Yes [✓] No [ ] |
| Yes [✓] No [ ] Debtor Certification Signed | Yes [✓] No [ ] |
| Yes [✓] No [ ] 521(e)(2)(A)(i) Tax Return/Transcript | Yes [✓] No [ ] |

Debtor Attorney TERRY M DUNCAN, ATTORNEY AT LAW    Present? Yes [✓] No [ ]

Creditors Present? None [✓]

Address Change    Yes [ ]  No [✓]

Employment Change  Yes [✓] No [ ]  Female debtor is now unemployed

Lis Pendens Yes [ ] No [✓]    DSO Notice Yes [ ] No [✓]    ACP Above [✓] Below [ ]

Plan terms $2,400.00 _____ per month for 60 months. _____ Est. Payout if Base Plan 42%

[ ] If applicable, debtors consent to plan modification(s).

[ ] Trustee Recommends Confirmation

  [ ] Subject to _____

[ ] Trustee does not recommend Confirmation and will file:

  [ ] Objection to Confirmation _____

  [ ] Motion to Dismiss/Convert Case _____

  [ ] Proposed Order Dismissing Case _____

[✓] Creditors' Meeting Continued to April 19, 2011, 10:30

  [ ] Yes  [✓] No    Debtor's Attendance Required at Continued Meeting

Remarks/Comments  1325 (b)(1)(B)

_____
Presiding Officer

**Local Form 7**  **July 2007**

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN THE MATTER OF: )
Michael John Vinke )
Jana Lynn Vinke ) Case Number 11-30473
)
SSN: xxx-xx-6958 )
SSN: xxx-xx-7785 )
)
Debtor(s) )

### DEBTOR(S) CERTIFICATION AND AFFIDAVIT – 341(a) MEETING

The undersigned, being the Debtor(s) referenced above, do hereby certify under oath administered by the Standing Trustee at the 341 meeting of creditors conducted on the date noted below, the following (Check the appropriate option, filling in the information requested as needed.)

### DOMESTIC SUPPORT OBLIGATION CERTIFICATION

<u>Male</u>   <u>Female</u>

1.   (X)   (X)   I am <u>not</u> presently required by any judicial or administrative order or statute to pay any domestic support obligation (as defined in 11 U.S.C. Section 101(14A)); or,

2.   ( )   ( )   I am required to pay under a domestic support order, and the full information as required by law as to the identity of the holder of this claim is already included in my petition, including the name and full mailing address of the holder, and ages and custodian of any children relating to the support order, and,

3.   ( )   ( )   As of the date of this affidavit, I am current under any obligation created therein; <u>and</u> I agree to notify my trustee should I miss any payments due or otherwise become delinquent under any support obligation from this day until my confirmation order is entered.

4.   ( )   ( )   I am presently in arrears as of the date of this Affidavit as follows:

   ( )   ( )   I have only those arrears as listed in my petition, and, I am current <u>postpetition</u> through today; or,

   ( )   ( )   In addition to any arrears listed in my petition, I have incurred the following <u>postpetition</u> arrearage:

_____

_____

## TAX RETURN CERTIFICATION

Male    Female

1.   ( )    ( )    I was not required to file <u>any</u> Federal, State or local tax returns for the 4-year period ending on the date of the filing of my Chapter 13 petition for the following reason(s):

_____

_____.

2.   ( )    ( )    I was not required to file Federal, State or local tax returns for the following years during the 4-year period ending on the date of the filing of my Chapter 13 petition for the following reason(s):

_____

_____.

3.   (✓)    (✓)    I was required to file Federal, State and local tax returns for the 4-year period ending on the date of the filing of my Chapter 13 petition and I have filed all of the returns that I was required to file during that 4-year period.

4.   ( )    ( )    I was required to file Federal, State and local tax returns for the 4-year period ending on the date of the filing of my Chapter 13 petition but I have not filed the following required return(s):

_____

_____.

## CERTIFICATION OF WAGES

Male    Female

1.   (✓)    ( )    My Chapter 13 petition contains valid and accurate information as regards the payment of wages to me by my employer for the 60-day period ending on the date of the filing of my petition, and my petition contains valid and accurate information as to my average income for the six-month period ending on the last day of the calendar month immediately preceding the filing of my petition; or,

2.   ( )    (✓)    The information as contained in my petition has changed as follows:
Friday, April 1st last day on job

2

**By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate, and the Trustee and Court may rely on these statements for purposes of determining if confirmation of my proposed Plan is allowed under the provisions of the Bankruptcy Code. Any inaccuracy in this affidavit may be grounds for revocation or denial of my confirmation.**

Dated this the 5th day of APRIL, 2001.

_____
Male Debtor

_____
Female Debtor