# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In Re: Michael John Vinke        Jana Lynn Vinke        Case Number    11-30473
PO Box 42975                                            Judge:    George R. Hodges
Charlotte, NC  28215                                    Dated:    November 23, 2011

SSN (1): XXX-XX-6958        SSN (2): XXX-XX-7785

### MOTION OF TRUSTEE FOR DETERMINATION OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | 10 | 14 | U-Unsecured | 80 | $8,587.46 | $8,587.46 | 1002 |
| BRAESAEL MANAGEMENT COMPANY LLC | 3 |  | Z-Notice Only | 99 | $0.00 | NOT FILED |  |
| CHASE BANK USA | 15 | 7 | U-Unsecured | 80 | $462.43 | $462.43 | 4585 |
| CITIBANK NA | 12 | 2 | U-Unsecured | 80 | $8,405.33 | $8,405.33 | 9295 |
| CITIBANK NA | 22 | 2 | U-Unsecured | 80 | $8,405.33 | STOP PAY | 9295 |
| DIRECT TV | 19 |  | V-Vehicle/Other Leases | 98 | $0.00 | PAY OUTSIDE |  |
| DISCOVER BANK/DB SERVICING CORP | 13 | 4 | U-Unsecured | 80 | $10,678.15 | $10,678.15 | 6228 |
| ECAST SETTLEMENT CORPORATION | 11 | 13 | U-Unsecured | 80 | $25,683.42 | $25,683.42 | 3876 |
| ECAST SETTLEMENT CORPORATION | 24 | 12 | U-Unsecured | 80 | $4,324.06 | $4,324.06 | 3478 |
| FIRST NATIONAL BANK OF OMAHA | 14 | 3 | U-Unsecured | 80 | $12,419.22 | $12,419.22 | 9956 |
| HSBC BANK NEVADA NA | 4 | 6 | C-Car (910) | 50 | $781.10 | SURRENDERED | 3421 |
| MATTHEW VINKE | 21 |  | Z-Notice Only | 99 | $0.00 | NOT FILED |  |
| ORTHO CAROLINA | 16 |  | U-Unsecured | 80 | $0.00 | NOT FILED | 6085 |
| SEARS | 17 |  | U-Unsecured | 80 | $0.00 | NOT FILED | 1243 |
| TERRY M DUNCAN, ATTORNEY AT LAW | 1 |  | B-Base Attorney Fee(s) | 20 | $3,250.00 | $2,255.00 | 3250 |
| TRULIANT FEDERAL CREDIT UNION | 18 | 9 | U-Unsecured | 80 | $5,151.49 | $5,151.49 | 0149 |
| TRULIANT FEDERAL CREDIT UNION | 5 | 15 | N-Mortgage/Lease Arrea | 50 | $3,886.70 | $3,886.70 | 0190 |
| TRULIANT FEDERAL CREDIT UNION | 6 | 15 | M-Mortgage/Lease | 30 | $120,935.13 | CONDUIT | 0190 |
| TRULIANT FEDERAL CREDIT UNION | 7 | 11 | S-Secured-Pro-Rata | 50 | $18,175.00 | $18,175.00 | 0157 |
| TRULIANT FEDERAL CREDIT UNION | 8 | 10 | C-Car (910) | 50 | $18,148.51 | $18,148.51 | 0150 |
| TRULIANT FEDERAL CREDIT UNION | 9 |  | S-Secured-Pro-Rata | 98 | $0.00 | PAY OUTSIDE | 155 |

CASE NO: 11-30473                                                                    DEBTORS: Michael John Vinke AND Jana Lynn Vinke

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| TRULIANT FEDERAL CREDIT UNION | 10,007 | 11 | U-Unsecured | 80 | $15,771.32 | $15,771.32 | 0157 |
| UNITED GUARANTY COMMERCIAL INS CO OF NC | 23 | 5 | U-Unsecured | 80 | $7,742.28 | $7,742.28 | 9295 |
| VERIZON WIRELESS | 20 | | V-Vehicle/Other Leases | 98 | $0.00 | PAY OUTSIDE | |

    Wherefore, the trustee respectfully requests that the Court grant his motion and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated:  November 23, 2011                        Warren L. Tadlock
                                                 Standing Chapter 13 Trustee
                                                 4600 Park Rd Ste 101
                                                 Charlotte, NC  28209-0201

CASE NO:  11-30473                                              DEBTORS: Michael John Vinke AND Jana Lynn Vinke

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtors' confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the classification and/or treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing, within thirty (30) days of the date of this notice at the following address:

> CLERK, U.S. BANKRUPTCY COURT
> 401 W TRADE ST.
> CHARLOTTE, NC  28202

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on Tuesday, January 10, 2012 at 9:30 am at the following address.

> Charles Jonas Federal Building
> Room 126
> 401 West Trade Street
> Charlotte, NC  28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated:  November 23, 2011                                Warren L. Tadlock
                                                         Standing Chapter 13 Trustee
                                                         By:  C. Jeter

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In Re: Michael John Vinke<br>PO Box 42975<br>Charlotte, NC 28215<br>SSN (1): XXX-XX-6958 | Jana Lynn Vinke<br><br><br>SSN (2): XXX-XX-7785 | Case Number:  11-30473<br>Judge:  George R. Hodges<br>Dated:  11/23/2011 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on November 23, 2011.

                                                      C. Jeter
                                                      Office of the Chapter 13 Trustee

AMERICAN EXPRESS CENTURION BANK, C/O BECKET & LEE LLP, PO BOX 3001, MALVERN, PA 19355
BRAESAEL MANAGEMENT COMPANY LLC, PO BOX 2671, MATTHEWS, NC 28106
CHASE BANK USA, C/O CREDITORS BANKRUPTCY SVC, PO BOX 740933, DALLAS, TX 75374
CITIBANK NA, THE STUDENT LOAN CORPORATION, C/O CITIBANK (SOUTH DAKOTA) NA, 701 E 60TH ST N  MC2135, SIOUX FALLS, SD 57117
DIRECT TV, PO BOX 11732, NEWARK, NJ 07101
DISCOVER BANK/DB SERVICING CORP, PO BOX 3025, NEW ALBANY, OH 43054
ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087
FIRST NATIONAL BANK OF OMAHA, 1620 DODGE STREET STOP CODE 3105, OMAHA, NE 68197
HSBC BANK NEVADA NA, C/O BASS & ASSOCIATES PC, 3936 E FT LOWELL RD  STE #200, TUCSON, AZ 85712
MATTHEW VINKE, PO BOX 42975, CHARLOTTE, NC 28215
Michael John Vinke, Jana Lynn Vinke, PO Box 42975, Charlotte, NC 28215
ORTHO CAROLINA, PO BOX 602185, CHARLOTTE, NC 28260
SEARS, PO BOX 183082, COLUMBUS, OH 43218
TRULIANT FEDERAL CREDIT UNION, PO BOX 25132, WINSTON SALEM, NC 27114
TRULIANT FEDERAL CREDIT UNION, PO BOX 26000, WINSTON SALEM, NC 27114
UNITED GUARANTY COMMERCIAL INS CO OF NC, PO BOX 20327, GREENSBORO, NC 27420
VERIZON WIRELESS, PO BOX 105378, ATLANTA, GA 30348

Total Served: 17